IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT MARTIN,

    Petitioner,

    v.

OHIO ADULT PAROLE
AUTHORITY,

    Respondent.

CASE NO. 2:14-CV-0235
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On November 12, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the Respondent's *Motion to Dismiss*, ECF 10, be granted. Petitioner has filed an *Objection* to the Magistrate Judge's *Report and Recommendation*. ECF 18.

Petitioner argues that the Magistrate Judge was without jurisdiction to issue a *Report and Recommendation* in this case.  This argument fails. Under the provisions of 28 U.S.C. § 636(b), the authority of the Magistrate Judge extends to the issuance of recommendations to the district judge.  *Farmer v. Litscher*, 303 F.3d 804 (7th Cir. Sept. 18, 2002).  This does not constitute an unconstitutional delegation of judicial power.  *Id.* at 843.  "The Supreme Court has interpreted 636(b)(1)(B) 'to authorize the nonconsensual reference of all prisoner petitions to a magistrate judge.'"  *Carbe v. Lappin*, 492 F.3d 325, 327 (5th Cir. 2007)(citing *McCarthy v. Bronson*, 500 U.S. 136 (1991).  *See also Hecker v. California Dept. of Corrections and Rehabilitation*, No. CIV S-05-2441 (2007 WL 836806, at *1 n.1 (E.D. California March 15, 2007)(citing *McCarthy)*; *Harris v. Knauf*, No. 89-6212, 905 F.2d 1538, unpublished, 1990 84223, at *1 (6th Cir. June 21, 1990)(Prisoner petition regarding conditions of confinement properly referred to Magistrate

Judge)(citing *Orpiano v. Johnson*, 687 F.2d 44, 46 (4th Cir. 1982)(internal citation omitted). Petitioner's *Objection* on this basis is **OVERRULED.**

Petitioner additionally raises all of the same arguments he previously presented.  For the reasons already set forth in the Magistrate Judge's *Report and Recommendation,* the Court likewise is not persuaded by Petitioner's arguments.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  Petitioner's *Objection,* ECF 18, is **OVERRULED**.  The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  Respondent's *Motion to Dismiss*, ECF 10, is **GRANTED** and this action is hereby **DISMISSED.**

       **IT IS SO ORDERED.**

       */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**